Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
wklomp@swlaw.com

*Attorneys for Plaintiff, Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> KENDALL CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit coop corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a foreign limited-liability company; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; LISA BANDINI, an individual; <br><br> Defendants. | Case No. 3:16-cv-00291-MMD-VPC <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Wells Fargo Bank, N.A. and Defendant Kendall Creek Homeowners Association, by and through undersigned counsel of record, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that this matter may be dismissed with prejudice with each party to bear its own fees and costs.

///

///

///

///

No other parties have appeared in this litigation.

DATED this 8th day of March, 2018.                    DATED this 8th day of March, 2018.

BOYACK, ORME & ANTHONY                                SNELL & WILMER L.L.P.


By:  */s/ Colli C. McKiever*                          By:  */s/ Wayne Klomp*
    Edward D. Boyack, Esq.                             Jeffrey Willis, Esq.
    Colli C. McKiever, Esq.                            Wayne Klomp, Esq.
    7432 W. Sahara Avenue                              50 West Liberty Street, Suite 510
    Las Vegas, Nevada 89117                            Reno, Nevada 89501
    *Attorneys for Kendall Creek Homeowners*           *Attorneys for Plaintiff, Wells Fargo Bank*
    *Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 8, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: March 8, 2018

                                       */s/ Lara J. Taylor*
                                       An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440